# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

02-1611, 03-1001

MLMC, LTD.,

                        Plaintiff-Appellant,

v.

AIRTOUCH COMMUNICATIONS, INC., ALLTEL CORPORATION,
GTE CORPORATION, GTE WIRELESS, INCORPORATED,
PRIMECO PERSONAL COMMUNICATIONS, L.P.,
CELLCO PARTNERSHIP (doing business as Verizon Wireless),
ALLTEL COMMUNICATIONS INC., 360 COMMUNICATIONS COMPANY,
VODAPHONE AIRTOUCH LICENSES, L.L.C.,
and VERIZON WIRELESS (VAW), L.L.C.,

                        Defendants-Cross Appellants.

# ORDER

FILED JUN 14 3 19 PM '06
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*[signature]*

Jan Horbaly
Clerk

12/31/02

cc: Clerk's Office, DCT
JOHN T. POLASEK
JOHN M. DESMARAIS

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 1 2002

JAN HORBALY
CLERK

ISSUED AS A MANDATE: 12/31/02

MLMC LTD V AIRTOUCH COMMUNICATIONS, 02-1611
DCT - 99-CV-781 SLR

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: *[signature]*  Date: June 12, 2006