CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00781-SLR
### Internal Use Only

| | |
|---|---|
| MLMC Ltd. v. Airtouch Comm Inc., et al | Date Filed: 11/12/1999 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**MLMC Ltd.**                                represented by     **Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Margolin**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: margolin@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Airtouch Communications Inc.**             represented by     **Christian D. Wright**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
Fax: (302) 576-3347
Email: cwright@ycst.com
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Dale R. Dube**
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
Email: dube@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal C. Belgam**
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
Email: belgam@blankrome.com
*TERMINATED: 11/08/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alltel Corporation**                     represented by  **Andre G. Bouchard**
Bouchard, Margules & Friedlander,
P.A.
222 Delaware Avenue

Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: abouchard@bmf-law.com
*TERMINATED: 12/20/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GTE Corporation**                represented by   **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Ladig**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4219
Fax: (302) 658-6395
Email: bankserve@bayardfirm.com
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th
Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
*TERMINATED: 08/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GTE Wireless Incorporated**    represented by    **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Ladig**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 08/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Primeco Communications L.P.**    represented by    **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**

(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal C. Belgam**
(See above for address)
*TERMINATED: 02/08/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Wireless (VAM) L.L.C**         represented by   **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**360 Communications Company**         represented by   **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: kjlefiling@mnat.com
*TERMINATED: 10/11/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vodaphone Airtouch Licenses, L.L.C**         represented by   **Christian D. Wright**
(See above for address)

*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cellco Partnership d/b/a Verizon Wireless**                    represented by    **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alltel Communications Inc.**                    represented by    **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Primeco Communications L.P.**                    represented by    **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal C. Belgam**
(See above for address)
*TERMINATED: 02/08/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                                  represented by  **Steven J. Balick**
                                                              (See above for address)
                                                              *TERMINATED: 03/13/2002*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Airtouch Communications Inc.**               represented by  **Jack B. Blumenfeld**
                                                              (See above for address)
                                                              *TERMINATED: 10/12/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Josy W. Ingersoll**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Neal C. Belgam**
                                                              (See above for address)
                                                              *TERMINATED: 11/08/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                                  represented by  **Steven J. Balick**
                                                              (See above for address)
                                                              *TERMINATED: 03/13/2002*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alltel Corporation**                         represented by  **Andre G. Bouchard**
                                                              (See above for address)
                                                              *TERMINATED: 12/20/2000*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Christian D. Wright**
                                                              (See above for address)
                                                              *TERMINATED: 10/30/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jack B. Blumenfeld**
                                                              (See above for address)

*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                    represented by  **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Primeco Communications L.P.**    represented by  **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal C. Belgam**
(See above for address)
*TERMINATED: 02/08/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                    represented by  **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**GTE Corporation**              represented by  **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)

*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Ladig**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 08/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**GTE Wireless Incorporated**          represented by   **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Ladig**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 08/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                                  represented by  **Steven J. Balick**
                                                              (See above for address)
                                                              *TERMINATED: 03/13/2002*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**360 Communications Company**                represented by  **Karen Jacobs Louden**
                                                              (See above for address)
                                                              *TERMINATED: 10/11/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**MLMC Ltd.**                                  represented by  **Steven J. Balick**
                                                              (See above for address)
                                                              *TERMINATED: 03/13/2002*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Alltel Corporation**                         represented by  **Andre G. Bouchard**
                                                              (See above for address)
                                                              *TERMINATED: 12/20/2000*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Christian D. Wright**
                                                              (See above for address)
                                                              *TERMINATED: 10/30/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jack B. Blumenfeld**
                                                              (See above for address)
                                                              *TERMINATED: 10/12/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**MLMC Ltd.**                                  represented by  **Steven J. Balick**

(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cellco Partnership d/b/a Verizon Wireless**

V.

**Counter Defendant**

**MLMC Ltd.**                              represented by   **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Verizon Wireless (VAM) L.L.C**

V.

**Counter Defendant**

**MLMC Ltd.**                              represented by   **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**GTE Corporation**                        represented by   **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Ladig**

(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 08/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**GTE Wireless Incorporated**          represented by  **Christian D. Wright**
(See above for address)
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Ladig**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 08/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**          represented by  **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**360 Communications Company**      represented by  **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Jacobs Louden**
(See above for address)
*TERMINATED: 10/11/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**      represented by  **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cellco Partnership d/b/a Verizon Wireless**      represented by  **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**      represented by  **Steven J. Balick**
(See above for address)
*TERMINATED: 03/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Verizon Wireless (VAM) L.L.C**      represented by  **Jack B. Blumenfeld**
(See above for address)
*TERMINATED: 10/12/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                                    represented by  **Steven J. Balick**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/13/2002*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Airtouch Communications Inc.**                represented by  **Jack B. Blumenfeld**
                                                                 (See above for address)
                                                                 *TERMINATED: 10/12/2001*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Josy W. Ingersoll**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Neal C. Belgam**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/08/2001*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                                    represented by  **Steven J. Balick**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/13/2002*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alltel Corporation**                           represented by  **Andre G. Bouchard**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/20/2000*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Christian D. Wright**
                                                                 (See above for address)
                                                                 *TERMINATED: 10/30/2001*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jack B. Blumenfeld**
                                                                 (See above for address)
                                                                 *TERMINATED: 10/12/2001*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MLMC Ltd.**                          represented by  **Steven J. Balick**
                                        (See above for address)
                                        *TERMINATED: 03/13/2002*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alltel Communications Inc.**

V.

**Counter Defendant**

**MLMC Ltd.**                          represented by  **Steven J. Balick**
                                        (See above for address)
                                        *TERMINATED: 03/13/2002*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 127654 (dab) (Entered: 11/15/1999) |
| 11/12/1999 | | DEMAND for jury trial by MLMC Ltd. (dab) (Entered: 11/15/1999) |
| 11/12/1999 | | SUMMONS(ES) issued for Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP (dab) (Entered: 11/15/1999) |
| 11/12/1999 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. RE: 4,555,805 and 4,829,554 (dab) (Entered: 11/15/1999) |
| 11/17/1999 | 3 | RETURN OF SERVICE executed as to Airtouch Comm Inc. 11/12/99 Answer due on 12/2/99 for Airtouch Comm Inc. (dab) (Entered: 11/17/1999) |
| 11/17/1999 | 4 | RETURN OF SERVICE executed as to Alltel Corporation 11/17/99 Answer due on 12/7/99 for Alltel Corporation (dab) (Entered: 11/17/1999) |
| 11/17/1999 | 5 | RETURN OF SERVICE executed as to GTE Corporation 11/15/99 Answer due on 12/6/99 for GTE Corporation (dab) (Entered: 11/17/1999) |
| 11/17/1999 | 6 | RETURN OF SERVICE executed as to GTE Wireless Inc. 11/17/99 Answer due on 12/7/99 for GTE Wireless Inc. (dab) (Entered: |

| | | |
|---|---|---|
| | | ;served 2/16/01. (rld) (Entered: 02/23/2001) |
| 02/20/2001 | | So Ordered granting [266-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 02/23/2001) |
| 02/20/2001 | 274 | CERTIFICATE OF SERVICE by Airtouch Comm Inc., GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Cellco Partnership re Subpoena of Edwin Read; served 2/15/01. (rld) (Entered: 02/23/2001) |
| 02/21/2001 | | **Added party Nortel Networks,Inc. (rld) (Entered: 02/23/2001) |
| 02/21/2001 | 275 | Nortel Networks,Inc.'s Objections to Subpoena in a Civil Case. (rld) (Entered: 02/23/2001) |
| 02/21/2001 | 277 | ORDER, set Telephone Conference for 9:30 8/20/01 , and set Settlement Conference for 10:00 9/10/01 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (dab) (Entered: 03/01/2001) |
| 02/22/2001 | 276 | CERTIFICATE OF SERVICE by MLMC Ltd. re Pltf.'s Amended Responses & Objections to 360 Communication's 1st Set of Requests to Admit; served 2/21/01 (rld) (Entered: 02/23/2001) |
| 02/26/2001 | | Deadline updated; set Telephone Conference for 9:30 8/20/01 , and set Settlement Conference for 10:00 9/10/01; 9/11/01; and 9/13/01 (rld) (Entered: 02/26/2001) |
| 02/28/2001 | 278 | MOTION by MLMC Ltd. with Proposed Order for Access to Information Classified as Highly Confidential under the Protective Order Answer Brief due 3/14/01 re: [278-1] motion (dab) (Entered: 03/01/2001) |
| 02/28/2001 | 279 | Opening Memorandum in Support Filed by MLMC Ltd. [278-1] motion for Access to Information Classified as Highly Confidential under the Protective Order (SEALED) (dab) (Entered: 03/01/2001) |
| 03/01/2001 | 280 | ANSWER by Primeco Comm LP to MLMC, Ltd's third amended complaint; jury demand (dab) (Entered: 03/02/2001) |
| 03/01/2001 | 281 | ANSWER to third amended complaint and COUNTERCLAIM by GTE Corporation, GTE Wireless Inc.; jury demand against MLMC Ltd. (dab) (Entered: 03/02/2001) |
| 03/01/2001 | | COUNTERCLAIM by Primeco Comm LP against MLMC Ltd.; filed within DI 280. (rld) (Entered: 03/13/2001) |
| 03/02/2001 | 282 | ANSWER to Third amended complaint and COUNTERCLAIM by 360 Communications against MLMC Ltd. (rld) (Entered: 03/07/2001) |
| 03/02/2001 | 283 | ANSWER to Third amended complaint and COUNTERCLAIM by Cellco Partnership d/b/a Verizon Wireless against MLMC Ltd. (rld) (Entered: 03/07/2001) |
| 03/02/2001 | 284 | ANSWER to Third amended complaint and COUNTERCLAIM by Verizon Wireless against MLMC Ltd. (rld) (Entered: 03/07/2001) |
| | | |

| | | |
|---|---|---|
| 03/02/2001 | 285 | ANSWER to Third amended complaint and COUNTERCLAIM by Airtouch Comm Inc. against MLMC Ltd. (rld) (Entered: 03/07/2001) |
| 03/02/2001 | 286 | ANSWER to Third amended complaint and COUNTERCLAIM by Alltel Corporation against MLMC Ltd. (rld) (Entered: 03/07/2001) |
| 03/02/2001 | 287 | ANSWER to Third amended complaint and COUNTERCLAIM by Alltel Communication against MLMC Ltd. (rld) (Entered: 03/07/2001) |
| 03/02/2001 | 288 | CERTIFICATE OF SERVICE by Nortel Networks,Inc. re Objections to Subpoena. (rld) (Entered: 03/07/2001) |
| 03/06/2001 | 289 | CERTIFICATE OF SERVICE by (1) 360 Communications re 4th Set of Interrog. to MLMC, Ltd.; and by (2) Alltel Communication re 2nd Set of Requests to Admit to MLMC. (rld) (Entered: 03/07/2001) |
| 03/12/2001 | 290 | ANSWER by MLMC Ltd. to [287-2] counter claim of Alltel Communications, Inc. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 291 | ANSWER by MLMC Ltd. to [282-2] counter claim of 360 Communications Co. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 292 | ANSWER by MLMC Ltd. to [285-2] counter claim of Airtouch Communications, Inc. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 293 | ANSWER by MLMC Ltd. to [283-2] counter claim of Cellco Partnership d/b/a Verizon Wireless. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 294 | ANSWER by MLMC Ltd. to [284-2] counter claim of Verizon Wireless (VAW), L.L.C. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 295 | ANSWER by MLMC Ltd. to [281-2] counter claim of GTE Corporation & GTE Wireless, Inc. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 296 | ANSWER by MLMC Ltd. to [286-2] counter claim of Alltel Corporation. (rld) (Entered: 03/13/2001) |
| 03/12/2001 | 297 | ANSWER by MLMC Ltd. to [0-1] counter claim of Primeco Personal Communications, L.P.; (counter claim filed in DI 280). (rld) (Entered: 03/13/2001) |
| 03/14/2001 | 298 | Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication In Opposition to [278-1] motion for Access to Information Classified as Highly Confidential under the Protective Order - Reply Brief due 3/21/01---SEALED--- (rld) (Entered: 03/16/2001) |
| 03/15/2001 | | **Terminated deadlines per Past Due Rpt. (rld) (Entered: 03/15/2001) |
| 03/19/2001 | 299 | CERTIFICATE OF SERVICE by GTE Corporation, Primeco Comm LP, Verizon Wireless re (1) Verizon's 1st Set of Req. to Admit to Pltf., (2) Verizon's 2nd Set of Req. for the prod. of doc. & things to Pltf., (3) Verizon's 2nd set of interrog. to Pltf., (4) GTE Corp.'s 1st set of req. to admit to pltf., (5) GTE Corp.'s 3rd Set of Interrog. to pltf., (6) Primeco |

|  |  | deft. Alltel Corp. and Alltel Communications, Inc. (rld) (Entered: 03/21/2001) |
|---|---|---|
| 03/21/2001 | 314 | CERTIFICATE OF SERVICE by MLMC Ltd. re Document Requests to Deft. AirTouch Communications, Inc. (rld) (Entered: 03/21/2001) |
| 03/21/2001 | 315 | CERTIFICATE OF SERVICE by MLMC Ltd. re Document Requests to deft. 360 Communications Company. (rld) (Entered: 03/21/2001) |
| 03/21/2001 | 316 | Reply Brief Filed by MLMC Ltd. In Support of its [278-1] motion for Access to Information Classified as Highly Confidential under the Protective Order (rld) (Entered: 03/22/2001) |
| 03/22/2001 | 317 | CERTIFICATE OF SERVICE by Cellco Partnership re (1) Cellco's 2nd Set of Req. for Admission Directed to MLMC, and (2) Cellco's 4th Set of Interrog. to MLMC. (rld) (Entered: 03/22/2001) |
| 03/27/2001 |  | **Added party Ericsson Inc. (rld) (Entered: 04/12/2001) |
| 03/27/2001 | 321 | CERTIFICATE OF SERVICE by Ericsson Inc. re Obj. to pltf.'s subpoena & req. for prod. (rld) (Entered: 04/12/2001) |
| 03/29/2001 | 318 | NOTICE of Subpoena directed to Kenneth Cooper by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication (rld) Modified on 04/02/2001 (Entered: 04/02/2001) |
| 03/30/2001 | 319 | CERTIFICATE OF SERVICE by Airtouch Comm Inc. re 2nd Supplmental Resp. to MLMC's Interrog. Nos. 4 and 6. (rld) Modified on 04/02/2001 (Entered: 04/02/2001) |
| 04/05/2001 | 322 | CERTIFICATE OF SERVICE by MLMC Ltd. re responses & obj. to Alltel Communications, Inc.'s 2nd set of req. to admit to MLMC. (rld) (Entered: 04/12/2001) |
| 04/05/2001 | 323 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s responses & obj. to 360 Communications 4th Set of Interrog. to MLMC. (rld) (Entered: 04/12/2001) |
| 04/06/2001 | 324 | CERTIFICATE OF SERVICE by GTE Corporation re 2nd supplemental response to MLMC's Interrog. no. 4 (rld) (Entered: 04/12/2001) |
| 04/06/2001 | 325 | CERTIFICATE OF SERVICE by Verizon Wireless, 360 Communications, Cellco Partnership, Alltel Communication, Airtouch Comm Inc. re supplemental response to MLMC's interrog. #4. (rld) (Entered: 04/12/2001) |
| 04/11/2001 | 326 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication to Enforce the Subpoena Issued to Harris Corportaion Answer Brief due 4/25/01 re: [326-1] motion (rld) (Entered: 04/12/2001) |
| 04/11/2001 | 327 | SEALED Opening Brief Filed by Airtouch Comm Inc., Alltel |

| | | |
|---|---|---|
| | | Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication In Support of [326-1] motion to Enforce the Subpoena Issued to Harris Corportaion - Answer Brief due 4/25/01 (rld) Modified on 6/23/2006 (rpg, ). (Entered: 04/12/2001) |
| 04/11/2001 | 328 | NOTICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication to take deposition of Charles Neuenschwander on 4/18/01 (rld) (Entered: 04/16/2001) |
| 04/11/2001 | 329 | NOTICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication to take deposition of Mark O'Molesky on 4/18/01 (rld) (Entered: 04/16/2001) |
| 04/13/2001 | 330 | NOTICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication to take deposition of (1) Qwest Communications International, Inc. on 4/20/01; (2) Cingular Wireless LLC on 4/20/01; (3) SBC Communications, Inc. on 4/19/01; and (4) Associated Group Inc. on 4/19/01. (rld) (Entered: 04/16/2001) |
| 04/13/2001 | 331 | NOTICE of Subpoena by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication directed to the Custodian of Records for (1)Qwest Communications International, Inc.; (2) Cingular Wireless LLC; (3) SBC Communications Inc.; and (4) Associated Group Inc. (rld) (Entered: 04/16/2001) |
| 04/17/2001 | 332 | CERTIFICATE OF SERVICE by MLMC Ltd. re Pltf.'s resp. and obj. to GTE Corp.'s 1st set of req. to admit. (rld) (Entered: 04/18/2001) |
| 04/17/2001 | 333 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s resp. and obj. to GTE Corp.'s 3rd set of interrog. (rld) (Entered: 04/18/2001) |
| 04/17/2001 | 334 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s responses and obj. to Primeco Personal Comm.'s 1st set of req. to admit. (rld) (Entered: 04/18/2001) |
| 04/17/2001 | 335 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s respon. & obj. to Primeco's 3rd set of interrog. (rld) (Entered: 04/18/2001) |
| 04/17/2001 | 336 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s resp. and obj. to Verizon's 2nd set of interrog. (rld) (Entered: 04/18/2001) |
| 04/17/2001 | 337 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s resp. & obj. to Verizon's 1st set of req. to admit. (rld) (Entered: 04/18/2001) |
| 04/17/2001 | 338 | CERTIFICATE OF SERVICE by MLMC Ltd. re pltf.'s resp. & obj. to |

| | | |
|---|---|---|
| | | Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, Vodafone Airtouch, Cellco Partnership by Christian D. Wright (rld) (Entered: 04/27/2001) |
| 04/20/2001 | 349 | CERTIFICATE OF SERVICE by Airtouch Comm Inc. re Supplemental Resp. to MLMC's Interrog. #4 & 6. (rld) (Entered: 04/27/2001) |
| 04/20/2001 | 350 | CERTIFICATE OF SERVICE by MLMC Ltd. re resp. and objs. to Cellco's 2nd set of req. for admission (rld) (Entered: 04/27/2001) |
| 04/20/2001 | 351 | CERTIFICATE OF SERVICE by MLMC Ltd. re responses and objs. to Cellco's 4th set of interrogs. (rld) (Entered: 04/27/2001) |
| 04/23/2001 | | So Ordered granting [345-1] motion for Perry S. Clegg to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/23/2001) |
| 04/23/2001 | 352 | CERTIFICATE OF SERVICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication re (1) defts. supplemental initial disclosure; (2) 360 Comm.'s supplemental resp. to pltf.'s interrogs. #1,6,14-17; (3) Alltel Comm.'s supp. resp. to pltf.'s interrog. #1,6,14-17; and (4) Alltell Corp.'s supp. resp. to pltf.'s interrog. #1,2,5,21 & 22. (rld) (Entered: 04/27/2001) |
| 04/24/2001 | 353 | CERTIFICATE OF SERVICE by Airtouch Comm Inc., GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, Vodafone Airtouch, Cellco Partnership re (1) Verizon-related entities' supp. resps. to various MLMC interrogs.; and (2) defts.' supp. resps. to interrogs. re noninfringement of '554 patent. (rld) (Entered: 04/27/2001) |
| 04/24/2001 | 354 | CERTIFICATE OF SERVICE by Airtouch Comm Inc. re supp. resp. to pltf.'s interrogs. #6. (rld) (Entered: 04/27/2001) |
| 04/25/2001 | 356 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [355-1] motion to Stay (preclude) MLMC from supporting any claim of infringement of the '554 patent agst. Motorola or Nortel Equipment - Answer Brief due 5/9/01---SEALED--- (rld) (Entered: 04/27/2001) |
| 04/25/2001 | 355 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication to preclude MLMC from supporting any claim of infringement of the '554 patent agst. Motorola or Nortel equipment Answer Brief due 5/9/01 re: [355-1] motion (rld) (Entered: 04/27/2001) |
| 04/26/2001 | 357 | Letter to Clerk from K. Louden re DI 356 is to be sealed. (rld) (Entered: 04/27/2001) |
| 04/26/2001 | 358 | Letter to all cnsl. from Judge Robinson re new trial date of 11/26/01 for |

| | | |
|---|---|---|
| | | eight days. (rld) (Entered: 04/30/2001) |
| 04/30/2001 | | Deadline updated; reset Jury Trial for 9:30 11/26/01 for eight (8) days. (rld) (Entered: 04/30/2001) |
| 04/30/2001 | | **Terminated deadlines (rld) (Entered: 04/30/2001) |
| 05/01/2001 | 359 | CERTIFICATE OF SERVICE by MLMC Ltd. re (1) supp. resp. & objs. to Airtouch Comm.'s req. for admis. re Airtouch Ericsson equipment; (2) 2nd supp. resp. to Airtouch Comm. 1st set of interrogs.; (3) supp. resp. & objs. to Airtouch Comm.'s 4th set of interrog. re Nortel Equipment; (4) 2nd supp. resp. to GTE's 1st set of interrog.; (5) supp. resp. & objs. to Alltel Comm.'s 1st set of interrog.; (6) 2nd supp. resp. to Alltel Comm.'s 1st set of interrog.; (7) 2nd supp. resp. to Primeco Personal Comm.'s 1st set of interrog.; (8) supp. resp. & objs. to 360 Comm.'s 1st set of interrog.; (9) supp. resp. & objs. to Cellco's 1st set of interrog.; and (10) supp. resp. & obj. to Verizon Wireless's and Vodafone's 1st set of interrog. (rld) (Entered: 05/02/2001) |
| 05/02/2001 | 360 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication in Limine "to preclude MLMC from offering evidence at trial concerning reasonable royalty damages claims Answer Brief due 5/16/01 re: [360-1] motion (rld) (Entered: 05/03/2001) |
| 05/02/2001 | 361 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [360-1] motion in Limine "to preclude MLMC from offering evidence at trial concerning reasonable royalty damages claims - Answer Brief due 5/16/01---SEALED--- (rld) (Entered: 05/03/2001) |
| 05/02/2001 | 362 | Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [341-1] motion for Protective Order - Reply Brief due 5/9/01---SEALED--- (rld) (Entered: 05/03/2001) |
| 05/04/2001 | 363 | Answer Brief Filed by MLMC Ltd. [326-1] motion to Enforce the Subpoena Issued to Harris Corportaion - Reply Brief due 5/11/01 (rld) (Entered: 05/04/2001) |
| 05/04/2001 | | **Added party Harris Corporation (rld) (Entered: 05/09/2001) |
| 05/04/2001 | 364 | MEMORANDUM by Harris Corporation of Points & Authorities in opposition to [326-1] motion to Enforce the Subpoena Issued to Harris Corportaion (rld) (Entered: 05/09/2001) |
| 05/04/2001 | 365 | Letter to H. Gamiel (DE Document Retrieval) from M. Stone (for James M. Emery) enlcosing DI 364 for filing in USDC-DE. (rld) (Entered: 05/09/2001) |
| 05/07/2001 | | **Added party Nokia, Inc. (rld) (Entered: 05/09/2001) |

| | | |
|---|---|---|
| 05/07/2001 | 366 | MOTION by Nokia, Inc. with Proposed Order for Protective Order Answer Brief due 5/21/01 re: [366-1] motion (rld) (Entered: 05/09/2001) |
| 05/07/2001 | 367 | Opening Brief Filed by Nokia, Inc. [366-1] motion for Protective Order (rld) (Entered: 05/09/2001) |
| 05/07/2001 | 368 | Appendix to Brief Filed by Nokia, Inc. Appending [367-1] opening brief (rld) (Entered: 05/09/2001) |
| 05/09/2001 | | Exit copies of DE Local Rules re association with local counsel required (Rule 83.5 (d)) and form and contents of briefs (Rule 7.1.3) to csnl. for Harris Corporation. (rld) (Entered: 05/09/2001) |
| 05/09/2001 | 369 | CERTIFICATE OF SERVICE by MLMC Ltd. re 3rd supp. resps. to Alltel Corp.'s 1st set of interrog. (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 370 | CERTIFICATE OF SERVICE by MLMC Ltd. re 3rd supp. resps. to Airtouch Comm. 1st set of interrog. (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 371 | CERTIFICATE OF SERVICE by MLMC Ltd. re 2nd supp. resps. & objs. to Airtouch Comm.'s 4th set of interrog. re Nortel Equipment. (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 372 | Answer Brief Filed by MLMC Ltd. [355-1] motion to preclude MLMC from supporting any claim of infringement of the '554 patent agst. Motorola or Nortel equipment - Reply Brief due 5/16/01---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/10/2001 | 373 | CERTIFICATE OF SERVICE by MLMC Ltd. re supp. resp. & objs. to Alltel Corp.'s 3rd set of interrog. (rld) (Entered: 05/11/2001) |
| 05/10/2001 | 374 | CERTIFICATE OF SERVICE by MLMC Ltd. re supp. resp. & objs. to Cellco Partnership d/b/a Verizon Wireless's 3rd Set of interrog. (rld) (Entered: 05/11/2001) |
| 05/14/2001 | 375 | CERTIFICATE OF SERVICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication re Expert Reports of Sergio Verdu, Morton Stern, Anthony P. Marotta, and Arthur J. Steiner. (rld) (Entered: 05/15/2001) |
| 05/14/2001 | 376 | Reply Brief Filed by MLMC Ltd. [341-1] motion for Protective Order (rld) (Entered: 05/15/2001) |
| 05/15/2001 | 377 | Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [326-1] motion to Enforce the Subpoena issued to Harris Corporation---SEALED--- (rld) (Entered: 05/15/2001) |
| 05/15/2001 | 378 | CERTIFICATE OF SERVICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco |

| | | |
|---|---|---|
| | | Partnership, Alltel Communication re Defts.' Reply Brief in further support of their motion to enforce the subpoena issued to Harris. (rld) (Entered: 05/16/2001) |
| 05/17/2001 | 379 | Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [355-1] motion to preclude MLMC from supporting any claim of infringement of the '554 patent agst. Motorola or Nortel equipment---SEALED--- (rld) Modified on 05/18/2001 (Entered: 05/18/2001) |
| 05/17/2001 | 380 | Answer Brief Filed by MLMC Ltd. [360-1] motion in Limine "to preclude MLMC from offering evidence at trial concerning reasonable royalty damages claims - Reply Brief due 5/24/01---SEALED--- (rld) (Entered: 05/18/2001) |
| 05/17/2001 | 381 | Letter to Judge Robinson from K. Jacobs Louden req. oral argument on defts.' motion to enforce subpoena issued to Harris Corp. (DI 326). (rld) (Entered: 05/18/2001) |
| 05/21/2001 | 382 | Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [366-1] motion for Protective Order - Reply Brief due 5/29/01 (rld) (Entered: 05/23/2001) |
| 05/22/2001 | 383 | Letter to Judge Robinson from K. Louden requesting oral agrument re DI 355, DI 326 & DI 360 motions. (rld) (Entered: 05/23/2001) |
| 05/23/2001 | 384 | Letter to Judge Robinson from J. Emery (cnsl. for Harris Corp.) re oral argument scheduling. (rld) (Entered: 05/23/2001) |
| 05/23/2001 | 385 | Letter to Clerk from D. Hines (out of state cnsl.) re change in service list for her firm. (rld) (Entered: 05/23/2001) |
| 05/23/2001 | 387 | Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [360-1] motion in Limine "to preclude MLMC from offering evidence at trial concerning reasonable royalty damages claims---SEALED--- (rld) (Entered: 05/25/2001) |
| 05/24/2001 | 386 | ORDER denying [341-1] motion for Protective Order, denying [326-1] motion to Enforce the Subpoena Issued to Harris Corportaion, denying [278-1] motion for Access to Information Classified as Highly Confidential under the Protective Order ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 05/24/2001) |
| 05/24/2001 | | **Terminated party Harris Corporation per Order of 5/24/01 denying Motion to Enforce Subpoena (DI #326). (rld) (Entered: 07/10/2001) |
| 05/25/2001 | 388 | CERTIFICATE OF SERVICE by Airtouch Comm Inc. re Expert Witness Report of Harold S. Sobol re Validity of US Patent No. '554 (rld) |

| | | |
|---|---|---|
| 07/23/2001 | 409 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [408-1] motion for Summary Judgment that the '805 Patent is not infringed (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 410 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication for Summary Judgment of Laches with respect to the '554 and '805 Patents Answer Brief due 8/6/01 re: [410-1] motion (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 411 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [410-1] motion for Summary Judgment of Laches with respect to the '554 and '805 Patents---SEALED--- (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 412 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication for Summary Judgment that systems using Nortel Equipment do not infringe claim 32 of the '554 Patent Answer Brief due 8/6/01 re: [412-1] motion (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 413 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [412-1] motion for Summary Judgment that systems using Nortel Equipment do not infringe claim 32 of the '554 Patent---SEALED--- (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 414 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication for Summary Judgment of noninfringement of US Patent '554 by Lucent Equipment Answer Brief due 8/6/01 re: [414-1] motion (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 415 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [414-1] motion for Summary Judgment of noninfringement of US Patent '554 by Lucent Equipment---SEALED--- (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 416 | SEALED Declaration of Dr. David J. Goodman in support of DI 414. (rld) Modified on 6/23/2006 (rpg, ). (Entered: 07/25/2001) |
| 07/23/2001 | 417 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 |

| | | |
|---|---|---|
| | | Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication for Summary Judgment of non-infringement of the '554 patent by Motorola Equipment Answer Brief due 8/6/01 re: [417-1] motion (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 418 | Opening Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [417-1] motion for Summary Judgment of non-infringement of the '554 patent by Motorola Equipment---SEALED--- (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 419 | Appendix to Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication Appending [418-1] opening brief, [415-1] opening brief, [413-1] opening brief, [411-1] opening brief, [409-1] opening brief, [407-1] opening brief, [405-1] opening brief---SEALED--- (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 420 | Declaration of Steve Terhaar. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 421 | Declaration of Larry D. Chrisman. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 422 | Declaration of John Gonner. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 423 | Declaration of Donald V. Hanley. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 424 | Declaration of Dr. Michael B. Pursley concerning US Patent '805. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 425 | Notice of Deficiency from the court to defendant Airtouch Comm Inc., defendant Alltel Corporation, defendant GTE Corporation, defendant GTE Wireless Inc., defendant Primeco Comm LP, defendant Verizon Wireless, defendant 360 Communications, defendant Vodafone Airtouch, defendant Cellco Partnership, defendant Alltel Communication re NO ORIGINAL SIGNATURE ON DI 424. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 426 | Declaration of Ronald A. Lemp in support of DI 404. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 427 | Notice of Deficiency from the court to defendant Airtouch Comm Inc., defendant Alltel Corporation, defendant GTE Corporation, defendant GTE Wireless Inc., defendant Primeco Comm LP, defendant Verizon Wireless, defendant 360 Communications, defendant Vodafone Airtouch, defendant Cellco Partnership, defendant Alltel Communication re NO ORIGINAL SIGNATURE ON DI 426. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 428 | Declaration of Gunnar Liljegren. (rld) (Entered: 07/25/2001) |
| 07/23/2001 | 429 | Notice of Deficiency from the court to defendant Airtouch Comm Inc., defendant Alltel Corporation, defendant GTE Corporation, defendant GTE Wireless Inc., defendant Primeco Comm LP, defendant Verizon Wireless, defendant 360 Communications, defendant Vodafone Airtouch, |

| | | |
|---|---|---|
| | | Equipment - Reply Brief due 8/21/01, [414-1] motion for Summary Judgment of noninfringement of US Patent '554 by Lucent Equipment and [412] motion for summary jgm. that systems using Nortel Equipment do not infringe claim 32 of the '554 Patent - Reply Brief due 8/21/01 (ljj) Modified on 08/20/2001 (Entered: 08/14/2001) |
| 08/14/2001 | 449 | Appendix to Brief Filed by MLMC Ltd. Appending [448-1] answer brief (ljj) (Entered: 08/14/2001) |
| 08/14/2001 | 450 | Answer Brief In Opposition Filed by MLMC Ltd. [410-1] motion for Summary Judgment of Laches with respect to the '554 and '805 Patents - Reply Brief due 8/21/01 (ljj) (Entered: 08/14/2001) |
| 08/14/2001 | 451 | Appendix to Brief Filed by MLMC Ltd. Appending [450-1] answer brief (ljj) (Entered: 08/14/2001) |
| 08/14/2001 | 452 | Answer Brief Filed by MLMC Ltd. in opposition to deft's proposed Claim Construction (DI 432) (maw) (Entered: 08/14/2001) |
| 08/14/2001 | 453 | Appendix to Brief Filed by MLMC Ltd. Appending [452-1] answer brief (maw) (Entered: 08/14/2001) |
| 08/14/2001 | 454 | Answer Brief Filed by MLMC Ltd. [404-1] motion for Summary Judgment of invalidity of US Patent '554 - Reply Brief due 8/24/01 (maw) (Entered: 08/14/2001) |
| 08/14/2001 | 455 | Defts' Answer Brief Filed on Claim Construction (in response to DI 433) (maw) (Entered: 08/14/2001) |
| 08/17/2001 | 456 | Expected Rebuttal Fact Witness list by Airtouch Comm Inc., GTE Corporation, GTE Wireless Inc., Primeco Comm LP (rld) (Entered: 08/20/2001) |
| 08/20/2001 | 457 | ORDER setting mediation schedule for 9/10/01 and 9/11/01; remainder of schedule will continue on 9/13/01 at the discretion of the Court; parties are permitted to submit and updated statement by 8/30/01. ( signed by Judge Mary P. Thynge ) copies to: all parties (rld) (Entered: 08/20/2001) |
| 08/23/2001 | 458 | Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [443-1] motion to preclude defts. from offering evidence or testimony from belatedly identified witnesses - Reply Brief due 8/30/01 (rld) (Entered: 08/24/2001) |
| 08/23/2001 | 459 | SEALED Appendix to Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication Appending [458-1] answer brief (rld) (Entered: 08/24/2001) |
| 08/24/2001 | | **Terminated deadlines (rld) (Entered: 08/24/2001) |
| 08/24/2001 | 460 | Reply Brief Filed by MLMC Ltd. to defts.' Answering brief on Claim |

| | | |
|---|---|---|
| | | Construction. (rld) (Entered: 08/27/2001) |
| 08/24/2001 | 461 | Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication ON CLAIM CONSTRUCTION (rld) (Entered: 08/27/2001) |
| 08/24/2001 | 462 | SEALED Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [417-1] motion for Summary Judgment of non-infringement of the '554 patent by Motorola Equipment, [414-1] motion for Summary Judgment of noninfringement of US Patent '554 by Lucent Equipment, [412-1] motion for Summary Judgment that systems using Nortel Equipment do not infringe claim 32 of the '554 Patent, [410-1] motion for Summary Judgment of Laches with respect to the '554 and '805 Patents, [408-1] motion for Summary Judgment that the '805 Patent is not infringed, [406-1] motion for Summary Judgment of invalidity of claims 18-20 of US Patent '805, [404-1] motion for Summary Judgment of invalidity of US Patent '554 (rld) (Entered: 08/27/2001) |
| 08/24/2001 | 463 | SEALED Appendix to Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication Appending [462-1] reply brief (rld) (Entered: 08/27/2001) |
| 08/28/2001 | 464 | Letter to Judge Robinson from J. Blumenfeld requesting oral argument on summary jgm. motions and offering to make a presentation of the technologies at issue for help in deciding claim construction and summ. jgm. motions. (rld) (Entered: 08/29/2001) |
| 08/30/2001 | 465 | SEALED Reply Brief Filed by MLMC Ltd. [443-1] motion to preclude defts. from offering evidence or testimony from belatedly identified witnesses (rld) (Entered: 08/31/2001) |
| 09/04/2001 | 466 | Certificate of Service for NOTICE by Nortel Networks,Inc., Ericsson Inc. to take deposition of John Gonner (rld) (Entered: 09/04/2001) |
| 09/04/2001 | 467 | Cert. of Service for NOTICE by Nortel Networks,Inc., Ericsson Inc. to take deposition of Edmund F. Tagg (rld) (Entered: 09/04/2001) |
| 09/05/2001 | 469 | ORDER, reset Settlement Conference for 9:00 9/11/01 and 9/13/01 for pltf. and equipment suppliers only; Settlement Conf. for 12:00 p.m. on 9/13/01 for pltf. and service providers only ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rld) (Entered: 09/06/2001) |
| 09/06/2001 | 468 | RE-NOTICE by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication to take deposition of Mark O'Molesky on 9/12/01 (rld) (Entered: 09/06/2001) |

| | | |
|---|---|---|
| | | Mathis, LLP by Airtouch Comm Inc.; All other Cnsl. representing Airtouch remain of record. (rld) (Entered: 10/17/2001) |
| 10/17/2001 | | So Ordered granting [479-1] motion for Edward C. Donovan and Andrew B. Kay to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/17/2001) |
| 10/17/2001 | | **Terminated attorney Dale R. Dube for Ericsson Inc., attorney Dale R. Dube for Nortel Networks,Inc.; can only have one atty. from same law firm on record to receive notices and orders from the Court. (rld) (Entered: 10/17/2001) |
| 10/18/2001 | 481 | MOTION by MLMC Ltd. with Proposed Order in Limine to exclude evidence concerning indemnity obligations, settlements and other related matters Answer Brief due 11/1/01 re: [481-1] motion (rld) Modified on 10/19/2001 (Entered: 10/19/2001) |
| 10/18/2001 | 482 | Opening Brief Filed by MLMC Ltd. [481-1] motion in Limine to exclude evidence concerning indemnity obligations, settlements and other related matters (rld) (Entered: 10/19/2001) |
| 10/18/2001 | 483 | SEALED MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication in Limine NO. 1: to preclude MLMC from presenting evidence and argument , and in Limine NO. 2: to preclude MLMC from offering opinion testimony Answer Brief due 11/1/01 re: [483-1] motion, Answer Brief due 11/1/01 re: [483-2] motion (rld) (Entered: 10/19/2001) |
| 10/18/2001 | 484 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication in Limine No. 3: to preclude MLML from introducing at trial evidence of infringement by equivalents , in Limine No. 4: to exclude expert testimony of Mark R. Lanning Relating to Offers for sale under 35 U.S.C. Section 102(b) , and in Limine No. 5: to exclude the testimony of MLMC's patent law expert Mr. Elton Dry Answer Brief due 11/1/01 re: [484-1] motion, Answer Brief due 11/1/01 re: [484-2] motion, Answer Brief due 11/1/01 re: [484-3] motion (rld) Modified on 10/19/2001 (Entered: 10/19/2001) |
| 10/23/2001 | 485 | CERTIFICATE OF SERVICE by Cellco Partnership re Suppl. Expert Report of Jerry A. Hausman (rld) (Entered: 10/23/2001) |
| 10/23/2001 | 486 | Letter to Judge Robinson from J. Ingersoll apprising Court of recent devel. that are relevant to pltf. MLMC's pending motion to preclude defts. from offering evidence or testimony from belatedly identified witnesses; enclosing copy of defts.' suppl. list of expected trial fact witnesses. (rld) (Entered: 10/23/2001) |
| 10/24/2001 | 487 | Letter to Judge Robinson from S. Margolin responding to defts.' letter of 10/23/01 re MLMC's pending motion to preclude (rld) (Entered: 10/25/2001) |

| | | |
|---|---|---|
| 10/24/2001 | 488 | Letter to Judge Robinson from D. Dube re settlement of certain additional issuesre Nortel Networks, Inc.; attaching notices of withdrawal for pending motions related to Nortel. (rld) (Entered: 10/25/2001) |
| 10/24/2001 | | WITHDRAWAL of [412-1] motion for Summary Judgment that systems using Nortel Equipment do not infringe claim 32 of the '554 Patent (rld) (Entered: 10/25/2001) |
| 10/24/2001 | 489 | NOTICE of withdrawal of pending motion (DI 412) by Nortel Networks, Inc. (rld) (Entered: 10/25/2001) |
| 10/24/2001 | 490 | NOTICE of withdrawal of pending motion (DI 355) by Nortel Networks, Inc. (rld) (Entered: 10/25/2001) |
| 10/24/2001 | | WITHDRAWAL of [355-1] motion to preclude MLMC from supporting any claim of infringement of the '554 patent agst. Motorola or Nortel equipment, [355-1] motion (rld) (Entered: 10/25/2001) |
| 10/25/2001 | 491 | Combined Answer Brief Filed by MLMC Ltd. [484-2] motion in Limine No. 4: to exclude expert testimony of Mark R. Lanning Relating to Offers for sale under 35 U.S.C. Section 102(b), AND to [484-3] motion in Limine No. 5: to exclude the testimony of MLMC's patent law expert Mr. Elton Dry (rld) (Entered: 10/26/2001) |
| 10/25/2001 | 492 | Answer Brief Filed by MLMC Ltd. [484-1] motion in Limine No. 3: to preclude MLML from introducing at trial evidence of infringement by equivalents (rld) (Entered: 10/26/2001) |
| 10/25/2001 | 493 | SEALED Answer Brief Filed by MLMC Ltd. [483-2] motion in Limine NO. 2: to preclude MLMC from offering opinion testimony (rld) (Entered: 10/26/2001) |
| 10/25/2001 | 494 | Answer Brief Filed by MLMC Ltd. [483-1] motion in Limine NO. 1: to preclude MLMC from presenting evidence and argument on the defense of Laches (rld) (Entered: 10/26/2001) |
| 10/25/2001 | 495 | SEALED Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [481-1] motion in Limine to exclude evidence concerning indemnity obligations, settlements and other related matters (rld) (Entered: 10/26/2001) |
| 10/29/2001 | 496 | MOTION by MLMC Ltd. with Proposed Order for Randy J. McClanahan to Appear Pro Hac Vice (rld) (Entered: 10/29/2001) |
| 10/29/2001 | 497 | Defts.' PROPOSED Voir dire questions by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication (rld) (Entered: 10/30/2001) |
| 10/29/2001 | 498 | Defts.' Proposed Special Verdict Sheet filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, |

| 10/30/2001 | | **Terminated attorney Christian D. Wright for GTE Wireless Inc., attorney Christian D. Wright for GTE Corporation; Josy Ingersol of same firm is the atty. of record for these defts. (rld) (Entered: 10/30/2001) |
| 10/30/2001 | | So Ordered granting [496-1] motion for Randy J. McClanahan to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/30/2001) |
| 10/31/2001 | 505 | SEALED Combined Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [484-1] motion in Limine No. 3: to preclude MLML from introducing at trial evidence of infringement by equivalents, [484-2] motion in Limine No. 4: to exclude expert testimony of Mark R. Lanning Relating to Offers for sale under 35 U.S.C. Section 102(b), [484-3] motion in Limine No. 5: to exclude the testimony of MLMC's patent law expert Mr. Elton Dry, [483-1] motion in Limine NO. 1: to preclude MLMC from presenting evidence and argument, [483-2] motion in Limine NO. 2: to preclude MLMC from offering opinion testimony (rld) (Entered: 10/31/2001) |
| 10/31/2001 | 506 | MOTION by MLMC Ltd. with Proposed Order to Strike [505-1] reply brief Answer Brief due 11/14/01 re: [506-1] motion (rld) (Entered: 10/31/2001) |
| 11/01/2001 | 507 | ORDER construing disputed claim language in the '554 patent consistent with the tenets of claim constr. set forth by the U.S. Court of Appeals for the Fed. Cir.; and denying [414-1] motion for Summary Judgment of noninfringement of US Patent '554 by Lucent Equipment, denying [410-1] motion for Summary Judgment of Laches with respect to the '554 Patent only, denying [404-1] motion for Summary Judgment of invalidity of US Patent '554 ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 11/01/2001) |
| 11/01/2001 | | Pre-trial conference held; Judge Robinson presiding; crt. rptr. B. Gaffigan present; parties to exchange trial witness lists and trial exhibit lists by November 16th; decisions on pending motions as follows: No Decision made on DI # 360,443,481,483-2,484-2, and 484-3; DI 483-1 and 484-1 are DENIED; DI 408 is GRANTED; DI 406 and 410 (with respect to the '805 patent) are MOOT; defts. to provide revised list of witnesses by Monday, Nov. 5th to the Court. (rld) (Entered: 11/02/2001) |
| 11/01/2001 | | So Ordered ON THE BENCH DURING PRETRIAL CONFERENCE: denying [484-1] motion in Limine No. 3: to preclude MLML from introducing at trial evidence of infringement by equivalents, denying [483-1] motion in Limine NO. 1: to preclude MLMC from presenting evidence and argument, granting [408-1] motion for Summary Judgment that the '805 Patent is not infringed, mooting [406-1] motion for Summary Judgment of invalidity of claims 18-20 of US Patent '805 mooting [410-1] motion for Summary Judgment of Laches with respect to the '805 Patent; Order and Opinion to follow re DI 408. ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 11/02/2001) |

| 11/02/2001 | 508 | Steno Notes for 11/1/01; pretrial conf.; Judge Robinson presiding; crt. rptr. B. Gaffigan present. (rld) (Entered: 11/02/2001) |
| 11/02/2001 | 509 | TRANSCRIPT filed [0-0] pre-trial conference for dates of 11/1/01; Judge Robinson presiding; crt. rptr. B. Gaffigan present. (rld) (Entered: 11/02/2001) |
| 11/05/2001 | 510 | SEALED Further Submission by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication in opposition to [443-1] motion to preclude defts. from offering evidence or testimony from belatedly identified witnesses (rld) (Entered: 11/06/2001) |
| 11/06/2001 | 511 | MEMORANDUM by MLMC Ltd. in response to [510-1] opposition memorandum (rld) (Entered: 11/07/2001) |
| 11/07/2001 | 512 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 11/07/2001) |
| 11/07/2001 | 513 | ORDER granting [408-1] motion for Summary Judgment that the '805 Patent is not infringed mooting [406-1] motion for Summary Judgment of invalidity of claims 18-20 of US Patent '805 mooting [410-1] motion for Summary Judgment of Laches with respect to the '805 Patent only; defts.' counterclaims for declaratory jgm. of noninfringement and invalidity of the '805 patent (DI 280, 281,282,283,284,285,286,and 287) are dismissed without prejudice with respect to the '805 patent only; counterclaims re the '554 patent are not affected by this order. ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 11/07/2001) |
| 11/08/2001 | | **Terminated attorney Neal C. Belgam for Airtouch Comm Inc., attorney Neal C. Belgam for Airtouch Comm Inc., attorney Neal C. Belgam for Airtouch Comm Inc. per phone conversation with Dale Dube of same firm; Dube is atty. of record for Airtouch Comm. in this action. (rld) (Entered: 11/08/2001) |
| 11/08/2001 | 514 | MEMORANDUM by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication in support of [510-1] opposition memorandum (rld) (Entered: 11/09/2001) |
| 11/09/2001 | 515 | ORDER denying [484-1]; denying [483-1]; granting [506-1] motion to Strike [505-1] reply brief denying [484-2] motion in Limine No. 4: to exclude expert testimony of Mark R. Lanning Relating to Offers for sale under 35 U.S.C. Section 102(b), granting [484-3] motion in Limine No. 5: to exclude the testimony of MLMC's patent law expert Mr. Elton Dry, granting in part, denying in part [483-2] motion in Limine NO. 2: to preclude MLMC from offering opinion testimony, granting [481-1] motion in Limine to exclude evidence concerning indemnity obligations, settlements and other related matters EXCEPT that evidence as to pltf.'s business and its business practices is deemed relevant and will not be excluded, granting [443-1] motion to preclude defts. from offering |

| | | |
|---|---|---|
| | | evidence or testimony from belatedly identified witnesses, granting in part, denying in part [360-1] motion in Limine "to preclude MLMC from offering evidence at trial concerning reasonable royalty damages claims; a revised trial schedule is listed noting that each party will have 18 hours for trial. ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) Modified on 11/09/2001 (Entered: 11/09/2001) |
| 11/13/2001 | 516 | SEALED Letter to Judge Robinson from S. Margolin (rld) (Entered: 11/13/2001) |
| 11/13/2001 | 517 | Letter to Judge Robinson from J. Ingersoll re MLMC serving of a "supplmental" expert report from Mr. Lance Gunderson, setting forth new damage figures. (rld) (Entered: 11/14/2001) |
| 11/14/2001 | 518 | SEALED Letter to Judge Robinson from S. Margolin responding to defts.' 11/13/01 letter re supplemental expert report. (rld) (Entered: 11/14/2001) |
| 11/14/2001 | 519 | Letter to Judge Robinson from J. Ingersoll responding to pltf.'s letter of 11/13/01 re "clarification" of court's 11/9 Opinion. (rld) (Entered: 11/14/2001) |
| 11/15/2001 | 520 | ORDER, pltf. shall be given the opp. to prove what constitutes a reasonable royalty based on equip. sales in accordance with paragraph 2 of court's 11/9/01 Memo. Order; all changes to voir dire issued 11/1/01; lists of attys. and law firms, witnesses and companies to be given to potential jurors and joint proposed preliminary jury instructions shall be submitted by 11/19/01. set Notice of Compliance deadline to 11/19/01 ( signed by Judge Sue L. Robinson ) copies to: all parties (rld) (Entered: 11/15/2001) |
| 11/16/2001 | 521 | Letter to Judge Robinson from J. Ingersoll re material omissions that warrant reconsideration of the court's 11/15/01 opinion. (rld) (Entered: 11/16/2001) |
| 11/19/2001 | 522 | SEALED Letter to Judge Robinson from S. Margolin responding to 11/16/01 letter of defts. (rld) Modified on 6/23/2006 (rpg, ). (Entered: 11/20/2001) |
| 11/19/2001 | 523 | Proposed Supplemental Voir dire questions by MLMC Ltd. (rld) (Entered: 11/20/2001) |
| 11/19/2001 | 524 | Letter to Judge Robinson from J. Ingersoll enclosing joint proposed preliminary instructions. (rld) (Entered: 11/20/2001) |
| 11/19/2001 | 525 | Joint Proposed Preliminary Jury instructions by MLMC Ltd., Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication (rld) (Entered: 11/20/2001) |
| 11/19/2001 | 526 | Letter to Judge Robinson from J. Ingersoll submitting comments of defts. on the court's proposed voir dire. (rld) (Entered: 11/20/2001) |
| | | |

| 11/19/2001 | 527 | Letter to Judge Robinson from J. Ingersoll enclosing list of cnsl., companies and witnesses. (rld) (Entered: 11/20/2001) |
| 11/20/2001 | 528 | Letter to Judge Robinson from S. Margolin responding to defts.' 11/19/01 letter req. and insertion to page 7 of the preliminary jury instructions. (rld) (Entered: 11/20/2001) |
| 11/20/2001 | 529 | Letter to Judge Robinson from J. Ingersoll responding to pltf.'s proposed suppl. voir dire (rld) (Entered: 11/20/2001) |
| 11/20/2001 | 530 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication with Proposed Order for James T. Bailey and Michael P. Stadnick to Appear Pro Hac Vice (rld) (Entered: 11/21/2001) |
| 11/20/2001 | 531 | Letter to Judge Robinson from J. Ingersoll re deposition of MLMC's damages expert. (rld) (Entered: 11/21/2001) |
| 11/21/2001 | | So Ordered granting [530-1] motion for James T. Bailey and Michael P. Stadnick to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 11/21/2001) |
| 11/21/2001 | 533 | SEALED Letter to Judge Robinson from Steve Margolin responding to letter of 11/20/01. (rld) Modified on 11/26/2001 (Entered: 11/26/2001) |
| 11/23/2001 | 534 | Letter to Judge Robinson from J. Ingersoll responding to letter of 11/21/01. (rld) (Entered: 11/26/2001) |
| 11/26/2001 | 532 | Letter to Judge Robinson from S. Margolin re opening statements. (rld) (Entered: 11/26/2001) |
| 11/26/2001 | 535 | Letter to Judge Robinson from J. Ingersoll enclosing final exhibit lists and objections to be added to the final pretrial order. (rld) (Entered: 11/26/2001) |
| 11/26/2001 | | Jury trial held Day ONE; Judge Robinson presiding; crt. rptr. Hawkins. (rld) (Entered: 11/28/2001) |
| 11/27/2001 | | Jury trial held Day TWO; Judge Robinson presiding; crt. rptr. Hawkins. (rld) (Entered: 11/28/2001) |
| 11/28/2001 | | Jury trial held Day THREE; Judge Robinson presiding; crt. rptr. Hawkins; Judge reserves judgment on Doctrine of Equivalents. (rld) Modified on 12/03/2001 (Entered: 12/03/2001) |
| 11/29/2001 | | Jury trial held; DAY FOUR; Judge Robinson presiding; crt. rptr. Hawkins present; Judge reserves judgment on defts.' JMOL on Literal Infringement and on damages or directed verdict. (rld) (Entered: 12/03/2001) |
| 11/30/2001 | | Jury trial held; DAY FIVE; Judge Robinson presiding; crt. rptr. Hawkins present. (rld) (Entered: 12/04/2001) |
| 12/03/2001 | 536 | Joint Proposed Jury instructions by MLMC Ltd., Airtouch Comm Inc., |

|  |  | Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication (rld) (Entered: 12/03/2001) |
| --- | --- | --- |
| 12/03/2001 |  | Jury trial held; DAY 6; Judge Robinson presiding; crt. rptr. Hawkins present; Judge reserves jgm. on JMOL's of pltf. (1-8) and defts. (1-5) (rld) (Entered: 12/04/2001) |
| 12/04/2001 | 537 | Letter to Judge Robinson from S. Margolin enclosing revised introductory damages instruction. (rld) (Entered: 12/04/2001) |
| 12/04/2001 | 538 | SEALED MOTION by Alltel Corporation, 360 Communications, Alltel Communication for Judgment as a Matter of Law on the issues of non-infringement Answer Brief due 12/18/01 re: [538-1] motion (rld) (Entered: 12/04/2001) |
| 12/04/2001 | 539 | Charge to the Jury; read to jury on Day 6 of trial, 12/4/01. (rld) (Entered: 12/04/2001) |
| 12/04/2001 | 540 | JURY VERDICT for Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication (rld) (Entered: 12/04/2001) |
| 12/04/2001 |  | Jury trial held; DAY SEVEN; Judge Robinson presiding; crt. rptr. Hawkins present. (rld) (Entered: 12/05/2001) |
| 12/04/2001 | 541 | ORDER Clerk of the Court is directed to furnish lunch for ten jurors from 11/26-30/2001; receipts attached( signed by Judge Sue L. Robinson ) copies to: Maria Moore (rld) (Entered: 12/05/2001) |
| 12/06/2001 | 542 | ORDER directing Clerk of the Court to furnish lunch for ten jurors on December 3 & 4, 2001 ( signed by Judge Sue L. Robinson ) copies to: Maria Moore (rld) (Entered: 12/06/2001) |
| 12/20/2001 | 543 | JUDGMENT for Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication against MLMC Ltd. ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 12/20/2001) |
| 12/20/2001 | 544 | STIPULATION to set post-trial motions briefing schedule; with proposed order (rld) (Entered: 12/20/2001) |
| 12/22/2001 |  | So Ordered granting [544-1] stipulation re post-trial motion filings; opening papers due 1/18/02; answering papers due 2/8/02; reply papers due 2/20/02 ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 12/28/2001) |
| 01/03/2002 | 545 | MOTION by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication for Attorney Fees Answer Brief due 1/17/02 re: [545-1] motion (rld) (Entered: 01/08/2002) |

| | | |
|---|---|---|
| 02/08/2002 | | So Ordered granting [552-1] dismiss/dismissal stipulation with prejudice; with respect to INFRINGEMENT OF U.S. PATENT '805 BY NORTEL PRODUCT(S); EACH PARTY TO BEAR ITS OWN COSTS AND ATTY.'S FEES signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 02/08/2002) |
| 02/08/2002 | | **Terminated party Nortel Networks,Inc. per DI #551 and 552. (rld) (Entered: 02/08/2002) |
| 02/08/2002 | | **Terminated attorney Neal C. Belgam for Primeco Comm LP, attorney Neal C. Belgam for Primeco Comm LP, attorney Neal C. Belgam for Primeco Comm LP as DALE DUBE FROM SAME FIRM IS THE ATTY. OF RECORD FOR AIRTOUCH; PRIMECO IS NO LONGER IN BUSINESS (per phone conversation with D. Dube on 2/8/02). (rld) (Entered: 02/08/2002) |
| 02/08/2002 | 553 | SEALED Answer Brief Filed by MLMC Ltd. [545-1] motion for Attorney Fees - Reply Brief due 2/15/02 (rld) Modified on 02/11/2002 (Entered: 02/11/2002) |
| 02/08/2002 | 554 | Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [547-1] motion for Judgment as a Matter of Law that defts.' Lucent Series II Equipment Infringes Claims 31 and/or 32 of the '554 Patent - Reply Brief due 2/15/02, [547-2] motion for New Trial - Reply Brief due 2/15/02 (rld) (Entered: 02/11/2002) |
| 02/08/2002 | 555 | Answer Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [546-1] motion for Judgment as a Matter of Law - Reply Brief due 2/15/02, [546-2] motion for New Trial re "on-sale" bar - Reply Brief due 2/15/02 (rld) (Entered: 02/11/2002) |
| 02/08/2002 | 556 | Appendix to Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication Appending [555-1] answer brief, [554-1] answer brief (rld) (Entered: 02/11/2002) |
| 02/20/2002 | 557 | Reply Brief Filed by Airtouch Comm Inc., Alltel Corporation, GTE Corporation, GTE Wireless Inc., Primeco Comm LP, Verizon Wireless, 360 Communications, Vodafone Airtouch, Cellco Partnership, Alltel Communication [545-1] motion for Attorney Fees (rld) (Entered: 02/21/2002) |
| 02/20/2002 | 558 | Reply Brief Filed by MLMC Ltd. [547-1] motion for Judgment as a Matter of Law that defts.' Lucent Series II Equipment Infringes Claims 31 and/or 32 of the '554 Patent, [547-2] motion for New Trial (rld) (Entered: 02/21/2002) |
| 02/20/2002 | 559 | Reply Brief Filed by MLMC Ltd. [546-1] motion for Judgment as a |

| | | |
|---|---|---|
| | | Attorney Fees, [538-1] motion for Judgment as a Matter of Law on the issues of non-infringement (rld) (Entered: 03/12/2002) |
| 03/12/2002 | | **Terminated deadlines (rld) (Entered: 03/12/2002) |
| 03/13/2002 | 571 | Letter to Deputy Clerk DiMeo from S. Margolin req. change in atty. contact name for Ashby & Geddes to reflect Steven Margolin as contact atty. in this action. (rld) (Entered: 03/13/2002) |
| 03/13/2002 | | **Terminated attorney Steven J. Balick for MLMC Ltd. Notice of attorney appearance for MLMC Ltd. by Steven T. Margolin per DI#571. (rld) (Entered: 03/13/2002) |
| 03/13/2002 | | **Terminated attorney Steven J. Balick for MLMC Ltd., per DI#571. (rld) (Entered: 03/14/2002) |
| 03/13/2002 | | **Terminated attorney Steven J. Balick for MLMC Ltd., per DI#571. (rld) (Entered: 03/14/2002) |
| 03/13/2002 | | **Terminated attorney Steven J. Balick for MLMC Ltd., per DI#571. (rld) (Entered: 03/14/2002) |
| 04/11/2002 | | Motion hearing held re: [547-1] motion for Judgment as a Matter of Law that defts.' Lucent Series II Equipment Infringes Claims 31 and/or 32 of the '554 Patent Motion hearing held, [547-2] motion for New Trial, [546-1] motion for Judgment as a Matter of Law, [546-2] motion for New Trial re "on-sale" bar, [545-1] motion for Attorney Fees; Judge Robinson presiding; crt. rptr. K. Maurer present. (rld) (Entered: 04/11/2002) |
| 04/12/2002 | 572 | Steno Notes for 4/11/02 hearing; Judge Robinson presiding; crt. rptr. K. Maurer present. (rld) (Entered: 04/15/2002) |
| 04/24/2002 | 573 | TRANSCRIPT filed [0-0] motion hearing for dates of 4/11/02; Judge Robinson presiding; crt. rptr. K. Maurer present. (rld) (Entered: 04/24/2002) |
| 06/06/2002 | 574 | Letter to Judge Robinson from S. Margolin re Festo decision by Supreme Court of the U.S.; req. court to reconsider its ruling in light of this decision. (rld) (Entered: 06/07/2002) |
| 06/11/2002 | 575 | ORDER, in light of recent Supreme Court decision in Festo Corp.; parties shall serve and file any motion for reconsideration of the court's summary jgm. opinion and order with respect to pltf.'s '805 patent (DI# 512 and 513) and renew any motions or counterclaims previously dismissed or declared moot by 6/28/02 set Notice of Compliance deadline to 6/28/02 ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 06/11/2002) |
| 06/28/2002 | 576 | MOTION by MLMC Ltd. for Reconsideration of [513-1] order, [512-1] order Answer Brief due 7/12/02 re: [576-1] motion (rld) (Entered: 07/01/2002) |
| 06/28/2002 | 577 | SEALED Opening Brief Filed by MLMC Ltd. [576-1] motion for Reconsideration of [513-1] order, [512-1] order (rld) (Entered: |