**ORIGINAL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 14, 2006

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com

RE:  **MLMC, LTD., v. AIRTOUCH COMMUNICATIONS, INC., et al.**
     Civ. No.: 99-781 SLR

Dear Counsel:

Pursuant to the Order entered on 7/12/06, by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   298, 327, 356, 361, 362, 377, 379, 387. 411, 413, 415, 416, 418, 419, 459, 462, 463, 495, 505, 510, 538, and 483.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on __7/17/06__.

_____
Signature