

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 19, 2006

Steven T. Margolin
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email:margolin@ashby-geddes.com

RE:  **MLMC, LTD., v. AIRTOUCH COMMUNICATIONS, INC., et al.**
     Civ. No.: 99-781 SLR

Dear Counsel:

   Pursuant to the Order entered on 7/12/06, by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   279, 372, 380, 465, 493, 516, 518, 522, 533, 553 and 577.

   A copy of the signed acknowledgment has been attached for your records.

                                    Sincerely,

                                    Peter T. Dalleo, Clerk

                                    By: _Beth Dina_

   I hereby acknowledge receipt of the above mentioned documents on  _7-19-06_  .

                    _Paul J. Freeman/Parcels_
                    Signature