IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MLMC, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 99-781-SLR |
| | ) |
| AIRTOUCH COMMUNICATIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns defendants' trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or her representative.

Receipt of the exhibits is acknowledged by:

_____
For Josy Ingersoll, Esq.

of Young, Conaway, Stargatt & Taylor

Date: 8/20/08

Returned by: _____, Deputy Clerk